**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |  |
|---|---|---|
| CARIN MANDERS CONSTANTINE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 03-0653 |
| THE RECTORS AND VISITORS OF GEORGE MASON UNIVERSITY, | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 41(b). The Court's Scheduling Order of September 16, 2005, provided that the parties were to exchange witness and exhibit lists prior to the final pre-trial conference. That conference was held on January 18, 2006. Plaintiff, however, failed to provide Defendant with witness or exhibit lists before the final pre-trial conference, and still has not done so. Therefore, it appearing to the Court that Plaintiff is in violation of the Court's Scheduling Order of September 16, 2005, and that Plaintiff recently filed a Motion to Dismiss, although untimely noticed, it is hereby

ORDERED that Defendant's Motion to Dismiss is GRANTED and this case is DISMISSED.

```
                                        /s/
                              _____
                              CLAUDE M. HILTON
                              UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
February 6, 2006